

# NUMBER 13-18-00541-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE JEFFREY R. VAUGHAN

## On Petition for Writ of Mandamus.

## ORDER

**Before Justices Rodriguez, Contreras, and Benavides**
**Per Curiam Order**

Relator Jeffrey R. Vaughan filed a petition for writ of mandamus and an expedited motion for stay pending mandamus in the above cause on September 28, 2018. Through this original proceeding, relator seeks to compel the trial court to vacate its order of August 31, 2018 compelling the production of tax returns and other documents. Through his expedited motion for stay, relator seeks to stay the trial court proceedings pending resolution of this petition for writ of mandamus.

The Court, having examined and fully considered the expedited motion for stay, is of the opinion that the motion should be granted. The expedited motion for stay is

GRANTED and the trial court proceedings, including the order of August 31, 2018, are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Raul Medina, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 28th
day of September, 2018.

2